# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELIZABETH KAY CARLEY,
                      Appellant,
         vs.
THE STATE OF NEVADA,
                   Respondent.

No. 69534

**FILED**

MAR 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a purported decision denying a postconviction motion to withdraw a guilty plea. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Our review of the district court docket and minute entries reveals that no decision, either oral or written, was entered regarding a postconviction motion to withdraw a guilty plea. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____ J.
Gibbons

SUPREME COURT
OF
NEVADA

(O) 1947A

16-07045

cc:  Hon. Douglas Smith, District Judge
     Elizabeth Kay Carley
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk